# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145458

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 145458
                                  COA: 302471
SURANIT IMSUMRAN,               Marquette CC: 10-047780-FC
      Defendant-Appellant.

_____/

      By order of November 20, 2012, the application for leave to appeal the May 17, 2012 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Glenn* (Docket No. 144979) and *People v Hardy* (Docket No. 144327). On order of the Court, the cases having been decided on July 29, 2013, 494 Mich 430 (2013), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

s1021